No. 94–7610.  MCCALEB *v.* JONES, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–7619.  BROWN *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 94–7620.  WILLIAMS *v.* METROPOLITAN TRANSIT AUTHORITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–7622.  RATTLER *v.* DEPARTMENT OF VETERANS AFFAIRS.  C. A. D. C. Cir.  Certiorari denied.

No. 94–7625.  ETEMAD *v.* CALIFORNIA DEPARTMENT OF WATER RESOURCES CONTROL BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–7626.  ARENSBERG *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 94–7627.  NORTHINGTON *v.* COURT OF APPEALS OF MICHIGAN ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 94–7635.  LATINE *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 94–7641.  DIX *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–7642.  ALMENDAREZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 94–7645.  FELLMAN *v.* POOLE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 94–7646.  CARROLL *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Robeson County, N. C.  Certiorari denied.

No. 94–7649.  SIMIONE *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.